IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| MICKEL ANTHONY, | : |
| Plaintiff, | : |
| v. | : Case No. 4:24-cv-194-CDL-AGH |
| DOLGENCORP LLC, | : |
| Defendant. | : |

## ORDER

On December 20, 2024, Plaintiff Mickel Anthony filed a complaint (ECF No. 1). On the same day, Plaintiff filed a motion to proceed *in forma pauperis* ("IFP") (ECF No. 2). Plaintiff, however, failed to provide sufficient information for the Court to determine whether he qualifies to proceed IFP. While he states he expects $300.00 income next month, Plaintiff reports currently having zero income, no assets, and no expenses, but he provides no explanation whatsoever as to how he is able to subsist. Pl.'s Mot. to Proceed IFP 1-5, ECF No. 2. Confusingly, he also indicates that he will be employed in "March 2025" with a gross monthly pay of $700.00. *Id.* at 2. As drafted, the affidavit is not "'sufficient on its face to demonstrate economic eligibility' for *in forma pauperis* status." *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307-08 (11th Cir. 2004) (internal quotation marks and citation omitted).

Therefore, Plaintiff is **ORDERED** to recast his motion for leave to proceed IFP within **FOURTEEN (14) DAYS**. Plaintiff must provide a more detailed explanation of his funds, assets, expenses, and his inability to pay filing fees or costs.

The Clerk is directed to provide Plaintiff with a new blank long-form IFP application for non-prisoners.

**SO ORDERED**, this 30th day of December, 2024.

> s/ *Amelia G. Helmick*
> UNITED STATES MAGISTRATE JUDGE